PROPOSED ORDER/COVER SHEET

FILED

2008 APR 30  AM 10: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

TO:     Honorable Joseph C. Spero          RE:   Eric Estrada-Casas
        U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief        DOCKET NO.:   CR08-70175
        U.S. Pretrial Services Officer

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Carol K.J. Mendoza                         510-637-3751
U.S. Pretrial Services Officer             TELEPHONE NUMBER

RE:   **Pretrial Release Conditions**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✗] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

JUDICIAL OFFICER                           DATE   4/30/08

Cover Sheet (12/03/02)