AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18, U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-filing

**PENALTY:**
Maximum Prison Term of One Year, Maximum Fine $100,000, Maximum Supervised Release of One Year, Mandatory Special Assessment of $25

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
ERIC "EDDIE" ESTRADA CASAS, a/k/a Orlando Rivera Cordero

**DISTRICT COURT NUMBER**
08 0345 MAG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Department of State, Diplomatic Security Service, Special Agent Jeffrey Dubsick

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
03-08-70175 JCS

Name and Office of Person Furnishing Information on THIS FORM — **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Denise M. Barton

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6                              E-filing
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
12
13 | UNITED STATES OF AMERICA,        )   No.
                                      )
14 |     Plaintiff,                   )   VIOLATION: Title 18, United States Code,
                                      )   Section 1028(a)(4) – Possession of an
15 |     v.                           )   Identification Document with the Intent to
                                      )   Defraud the United States (Class A
16 | ERIC "EDDIE" ESTRADA-CASAS,      )   Misdemeanor)
       a/k/a Orlando Rivera Cordero,  )
17 |                                  )
         Defendant.                   )   SAN FRANCISCO VENUE
18 |_____)
19
20
                            INFORMATION
21
   The United States Attorney charges:
22
        On or about December 20, 2002, in the Northern District of California, the defendant,
23
                         ERIC "EDDIE" ESTRADA-CASAS
24                          a/k/a Orlando Rivera Cordero,

25 knowingly possessed an identification document, that was not issued lawfully for the defendant's

26 use, to wit: a California Driver's License # D4486603, bearing the name Orlando Rivera Cordero,

27 //

28 //

INFORMATION

1  with the intent that such document be used to defraud the United States, in violation of Title 18,
2  United States Code, Section 1028(a)(4), a Class A Misdemeanor.
3
4  DATED: *May 20, 2008*               JOSEPH P. RUSSONIELLO
                                       United States Attorney
5
6
7                                      /s/ Kyle F. Waldinger
                                       KYLE WALDINGER
8                                      Deputy Chief, Major Crimes Section
9
10 (Approved as to form: /s/ Denise M. Barton  )
                         Denise Marie Barton
11                       Assistant United States Attorney

INFORMATION