05/27/2008 02:52 PM EST                                                                                      Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN308CR000345 | | | US V ESTRADA-CASAS | | | | |
| 001 | ERIC EDDIE ESTRADA-CASAS$04100 | | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611019464 | 1 | PR | 25.00 | 05/23/2008 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

$25.00   SPECIAL ASSESSMENT
         PAID IN FULL   on 5-23-08

CR 08-345
FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1